**STATE of Missouri, Respondent,**

v.

**Casey Dewayne LEWIS, Appellant.**

**WD 78537**

Missouri Court of Appeals,
Western District.

FILED: August 2, 2016

Motion for Rehearing and/or Transfer
to Supreme Court Denied
August 30, 2016

Daniel N. McPherson, Jefferson City for respondent.

Susan L. Hogan, Kansas City for appellant.

Before Division Three: Victor C. Howard, Presiding Judge, Lisa White Hardwick and James E. Welsh, Judges

### ORDER

Per Curiam

Casey Lewis appeals from his conviction of first-degree murder. He contends the circuit court erred in admitting hearsay statements made by his co-conspirator before and after the murder. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment of conviction.

AFFIRMED. Rule 30.25(b).